# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DAVID LEE MOORE, JR.,**

    **Plaintiff,**

**v.**                                         **CASE NO. 3:19cv39/MCR/EMT**

**CORRECTIONAL OFFICER**
**NUNN, et al.,**

    **Defendants.**
_____/

## O R D E R

This cause is before the Court on the Chief Magistrate Judge's Report and Recommendation dated August 27, 2019. ECF No. 12. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections. *See* ECF No. 13.

Having considered the Report and Recommendation, and the objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against Defendants are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1).

3. The Clerk of Court is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 6th day of January 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**